UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK NIENABER, | ) |
| | ) CASE NO. C13-1216-RSM-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING EXTENSION OF |
| | ) THE BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed the parties' first unopposed motion for extension of the briefing schedule (Dkt. 17), requesting an extension of the due dates for all of the briefing. This is the first request for extension for approximately 30 days, so the Court GRANTS the extension, however the date which plaintiff requests for the Opening Brief falls on a Sunday, so the Court sets the Opening Brief for the next court day, with the complete amended briefing schedule as follows:

    Plaintiff's Opening Brief:        December 16, 2013

    Defendant's Responsive Brief:    January 13, 2014

    Plaintiff's optional Reply Brief:   January 27, 2014

/ / /

ORDER GRANTING EXTENSION
OF THE BRIEFING SCHEDULE
PAGE -1

DATED this 15th day of November, 2013.

                                                                          */s/ Mary Alice Theiler*
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION
OF THE BRIEFING SCHEDULE
PAGE -2